**Clarence L. WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42963.**

Missouri Court of Appeals,
Western District.

Aug. 7, 1990.

J. Bryan Allee, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).